UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>MUNA AWAD | HONORABLE JOSEPH E. IRENAS<br><br>CRIMINAL ACTION NO. 07-394<br>(JEI)<br><br>**MEMORANDUM ORDER DENYING**<br>**DEFENDANT'S TRAVEL REQUEST**<br>**(Docket No. 32)** |

**APPEARANCES:**

Andrew D. Kogan, Esq.
Office of the United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
   Counsel for the United States of America

Sohail Mohammed, Esq.
1030 Clifton Avenue
Clifton, NJ 07013
   Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court on the request of Ms. Muna Awad ("Awad") to travel internationally during the Summer of 2009 (Docket No. 32), and it appearing that:

    1. On May 11, 2007, Awad pled guilty to a one-count information for misprision of a felony, in violation of 18 U.S.C. § 4.

    2. On September 7, 2007, this Court sentenced Awad to two years of probation.

    3. In 2008, Awad received permission from the United States Probation Office for the District of New Jersey ("Probation") to

travel outside of the District of New Jersey for a period of three weeks. Awad traveled outside of the district for a total of five weeks; three weeks internationally, and two weeks domestically. Because Awad traveled for two weeks beyond the authorized period, Probation advised her that future requests for extended travel would be denied.[1]

4. Awad now seeks permission from the Court to travel internationally this summer, for a period of two months.

5. Via letter dated March 20, 2009, Probation indicated that a recent request for similar international travel by Awad was denied. Therein, Probation expressed concern that Awad cannot be properly supervised while traveling abroad for an extended period of time.

6. The Government stated its opposition to Awad's current travel request via letter dated March 20, 2009.

7. The Court finds that Awad has previously failed to follow the instructions of Probation pertaining to travel outside the District.

8. The Court further finds that Awad cannot be properly supervised while traveling abroad for an extended period of time.

---

[1] Via letter dated March 26, 2009, Awad stated that she did not "willfully" violate her authorized period of travel. Awad maintains that she believed Probation authorized three weeks of overseas travel, and that her additional two weeks of domestic travel did not require separate authorization.

And for good cause appearing;

**IT IS** on this 30th day of March, 2009, **ORDERED THAT**

Awad's travel request is hereby **DENIED**.

                                       s/ Joseph E. Irenas
                                   **JOSEPH E. IRENAS, S.U.S.D.J.**